Ross Cornell, Esq.
Law Offices of Ross Cornell, APC
111 W. Ocean Blvd., Suite 400
Long Beach, California 90802
Tel. (562) 612-1708
Fax (562) 394-9556
Ross.law@me.com

Attorneys for Plaintiff
Adelfo Cerame, Jr.

CHRISTOPHER R. CLARK
(Bar No. 124393)
FINGAL, FAHRNEY & CLARK, LLP
5120 Campus Drive, Suite 200
Newport Beach, California 92660
Tel: (949) 723-8100
Fax: (949) 723-8108
cclark@ffc-law.com

Attorneys for Defendants
3013 Enterprise LLC, and
Bullet Performance Engineering, Inc.,
erroneously sued as Bullet Performance

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adelfo Cerame, Jr.,<br><br>    Plaintiff,<br><br>    v.<br><br>3013 Enterprise LLC, Bullet Performance; and Does 1-10, inclusive,<br><br>    Defendants. | CASE NO. 8:19-cv-02160 JLS (ADSx)<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41(a)(1)(A)(ii)**<br><br>Complaint Filed: November 8, 2019<br>Trial Date: None<br>District Judge: Josephine L. Staton |

**STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between Plaintiff Adelfo Cerame, Jr. ("Plaintiff") and Defendants 3013 Enterprise LLC and Bullet Performance Engineering, Inc. (erroneously sued as Bullet Performance) ("Defendants") that this action may be dismissed with prejudice as to all parties, each party to bear their own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

IT IS SO STIPULATED.

Respectfully Submitted,

Dated: January 10, 2020    LAW OFFICES OF ROSS CORNELL, APC

/s/ Ross Cornell
By: _____
Ross Cornell, Esq.
Attorneys for Plaintiff
Adelfo Cerame, Jr.

Dated: January 10, 2020    FINGAL, FAHRNEY & CLARK, LLP

/s/ Christopher R. Clark
By: _____
Christopher R. Clark, Esq.
Attorneys for Defendants
3013 Enterprise LLC, Bullet
Performance Engineering, Inc.

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: January 10, 2020         FINGAL, FAHRNEY & CLARK, LLP

By: /s/ Christopher R. Clark
_____
Christopher R. Clark, Esq.
Attorneys for Defendants
3013 Enterprise LLC, Bullet
Performance Engineering, Inc.

## PROOF OF SERVICE

I, Thomas J. Kielb, am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is that of Fingal, Fahrney & Clark, LLP, 5120 Campus Drive, Suite 200, Newport Beach, California 92660.

On January 10, 2020, I served the foregoing **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41(a)(1)(A)(ii)** on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope, addressed as follows:

| | |
|---|---|
| Ross Cornell, Esq.<br>Law Offices of Ross Cornell, APC<br>111 W. Ocean Blvd., Suite 400<br>Long Beach, California 90802<br>Tel. (562) 612-1708<br>Fax (562) 394-9556<br>Ross.law@me.com | |

__X__   BY MAIL

I deposited such envelope in the mail at Newport Beach, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in Newport Beach, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

____   BY PERSONAL SERVICE

I caused such envelope to be personally delivered to the addressee.

____   VIA FACSIMILE TRANSMISSION

1  Via facsimile transmission, I caused the above-referenced document to be transmitted to the addressees at the facsimile numbers shown on the attached service list.

____ BY OVERNIGHT MAIL

I deposited such envelope in the Overnight Express Mail at Newport Beach, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on January 10, 2020, at Newport Beach, California.

/s/ Thomas J. Kielb

Thomas J. Kielb